## David MCKEE, Plaintiff—Appellant,

v.

## FEDERAL BUREAU OF PRISONS; Lieutenant Dewalds; Warden Zenk; Bitten Bender, Captain, Defendants—Appellees.

### No. 04–6973.

United States Court of Appeals, Fourth Circuit.

Submitted July 29, 2004.

Decided Aug. 17, 2004.

David McKee, Appellant pro se.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

**PER CURIAM.**

David McKee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See McKee v. Federal Bureau of Prisons*, No. CA-03-1025 (E.D.Va. May 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*